ACCEPTED
14-15-00587-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/30/2015 3:30:51 PM
CHRISTOPHER PRINE
CLERK

No. 14-15-00587-CR

IN THE COURT OF APPEALS
FOURTEENTH SUPREME JUDICIAL DISTRICT OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

11/30/2015 3:30:51 PM

CHRISTOPHER A. PRINE
Clerk

DARRYL EUGENE JACKSON, APPELLANT

V.

THE STATE OF TEXAS

APPEALED FROM THE 248TH DISTRICT COURT
OF HARRIS COUNTY, TEXAS
CAUSE NUMBERS
1388686

MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

Come now, Appellant, and file this Appellant's Motion for Extension of Time to File Appellant's Brief and in support thereof would respectfully show the Court as follows:

I

Proper and timely Notice of Appeal is filed in the Court of Appeals for the Fourteenth Supreme Judicial District at Houston, Texas.

## II

That the Appellant was convicted by a jury of a Felony Offense.

## III

A proper and timely Notice of Appeal was filed with the District Clerk of Harris county.

## IV

Judgment and Sentence was entered in the 248th District Court of Harris County, Texas.

## V

Appeal was to the Fourteenth Supreme Judicial District at Houston, Harris County, Texas.

## VI

The Record in this case was received and filed and the Appellant's brief in this case was due to be filed on or before November 20, 2015.

## VII

That the facts relied upon to reasonably explain the need for an extension are as follows:

Counsel is currently preparing for four (4) trials and also recently suffered a stroke and was hospitalized in Memorial Herman located at Gessner and Interstate 10.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully request that Appellant's Motion For Extension of Time To File Appellant's Brief in this cause until December 10, 2015. Appellant's Brief is almost completed.

Respectfully submitted,

_Ted Doebbler_

Ted Doebbler
Attorney for Appellant
T.B.A. # 05942500
P.O. Box 55012
Houston, Tx. 77055-5012
832.573.9595 Tel
tdoebbler@gmail.com

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Appellant's Motion for Extension of Time to File Appellant's Brief has been served upon counsel for Appellee, Devon Anderson, on November 30, 2015.

_Ted Doebbler_

Ted Doebbler